In the Matter of the Claim of NARCISSUS B. GRANT, Respondent, against GEORGE W. BASSETT ESTATE et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued May 12, 1930; decided June 3, 1930.)

*Jeremiah F. Connor* and *John H. Scully* for appellants.
*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.